**Ex parte Mario SAPET.**

**No. 26114.**

Court of Criminal Appeals of Texas.

Oct. 22, 1952.

No attorney on appeal, for appellant.

Spurgeon E. Bell (Special Prosecutor), Houston, George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The disposition this day made of the case of Ex parte Alaniz, Tex.Cr.App., 251 S.W. 2d 738 which is a companion case, controls the disposition of this case.

For the reasons there assigned, the motion of the state to dismiss the appeal is granted, and the appeal is dismissed.

Opinion approved by the Court.